```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 12969
   DEBBIE J STAMPS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-5828


-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/11/2006 and was confirmed 01/18/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/12/2007.
-----------------------------------------------------------------------
 CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
-----------------------------------------------------------------------
 CURTIS CREDIT UNION       SECURED VEHIC       11083.32         267.99        1436.99
 INTERNAL REVENUE SERVICE  PRIORITY            14800.30            .00            .00
 AMERICREDIT FINANCIAL SE  UNSECURED           10634.71            .00            .00
 T MOBILE                  UNSECURED             181.48            .00            .00
 CITY OF CHICAGO PARKING   UNSECURED            1295.00            .00            .00
 CURTIS CREDIT UNION       UNSECURED          NOT FILED            .00            .00
 DIVERSIFIED ADJUSTMENT S  UNSECURED          NOT FILED            .00            .00
 PREMIER BANKCARD          UNSECURED             414.41            .00            .00
 ALAN BECKER DDS           UNSECURED          NOT FILED            .00            .00
 ILLINOIS DEPT OF EMPLOYM  UNSECURED          NOT FILED            .00            .00
 ILLINOIS DEPT OF REVENUE  UNSECURED              87.01            .00            .00
 INTERNAL REVENUE SERVICE  UNSECURED            8673.40            .00            .00
 KCA FINANCIAL SERVICES    UNSECURED          NOT FILED            .00            .00
 MUNCIPAL COLLECTION SERV  UNSECURED          NOT FILED            .00            .00
 NATIONAL CAPITAL MGMT LL  UNSECURED            1931.39            .00            .00
 TCF BANK                  UNSECURED          NOT FILED            .00            .00
 VILLAGE OF BELLWOOD       UNSECURED             400.00            .00            .00
 TRINITY ORTHOPAEDICS      UNSECURED          NOT FILED            .00            .00
 VILLAGE OF BELLWOOD       UNSECURED             869.00            .00            .00
 SPRINT-NEXTEL CORP        UNSECURED             277.50            .00            .00
 ILLINOIS DEPT OF REVENUE  PRIORITY             1134.55            .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          2,334.00                        728.67
 TOM VAUGHN                TRUSTEE                                              151.39
 DEBTOR REFUND             REFUND                                               115.38

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
 TRUSTEE                     2,700.42

 PRIORITY                                               .00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 12969 DEBBIE J STAMPS
```

```
SECURED                                                       1,436.99
    INTEREST                                                    267.99
UNSECURED                                                          .00
ADMINISTRATIVE                                                  728.67
TRUSTEE COMPENSATION                                            151.39
DEBTOR REFUND                                                   115.38
                                    ---------------     ---------------
TOTALS                                     2,700.42            2,700.42
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 10/23/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```